UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SANDRA JOSEPH, WENDY JOSEPH MOORE,          **Case No.: 25 Civ. 9455 (DEH)**
MONICA ATKINS, MIGUEL MEYER, ALISE
LAUREEN BOULE-LION, DARIC LION, and SCOTT
HUNT,

                                    Plaintiffs,

              -against-

FREE STATE OF BAVARIA and BAVARIAN
STATE PAINTING COLLECTIONS,

                                    Defendants.

-------------------------------------------------------------------X

### ORDER AUTHORIZING SERVICE OF PROCESS ABROAD PURSUANT TO THE HAGUE SERVICE CONVENTION

Upon consideration of Plaintiffs' Letter Motion for an Order authorizing service of process abroad, and for good cause shown, it is hereby:

ORDERED that:

1. Plaintiffs are authorized to serve Defendants Free State of Bavaria and Bavarian State Painting Collections in the Federal Republic of Germany pursuant to Rule 4(f)(1) of the Federal Rules of Civil Procedure and the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention").

2. Service shall be effected exclusively through Germany's designated Central Authority in accordance with the Hague Service Convention and Germany's declarations thereto.

3. The documents to be served shall include the Summons, the Complaint and all exhibits, this Order, and all required Hague Service Convention request forms, including the USM-94.

4. All documents served pursuant to this Order shall be translated into the German language, as required by Germany under the Hague Service Convention.

5. The Clerk of Court is authorized, upon request, to sign, seal, and issue the necessary Hague Service Convention request forms and to provide certified copies of this Order for purposes of international service.

6. Service shall be deemed complete upon issuance of a Certificate of Service or other official confirmation by Germany's Central Authority pursuant to Article 6 of the Hague Service Convention.

7. Defendants shall answer or otherwise respond to the Complaint within the time permitted by the Federal Rules of Civil Procedure after service is completed.

8. Nothing in this Order shall be deemed a waiver of any defenses, including defenses based on jurisdiction or sovereign immunity.

SO ORDERED.

Dated: December 22, 2025
       New York, New York

_____
Dale E. Ho
United States District Judge