UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANDRA JOSEPH, WENDY JOSEPH MOORE,                    **Case No.: 1:25-cv-09455**
MONICA ATKINS, MIGUEL MEYER, ALISE
LAUREEN BOULE-LION, DARIC LION, and SCOTT
HUNT,
                          Plaintiffs,

-against-

FREE STATE OF BAVARIA and BAVARIAN
STATE PAINTING COLLECTIONS,
                          Defendants.

---

## ORDER GRANTING MOTION FOR SPECIAL APPOINTMENT OF PROCESS SERVER TO TRANSMIT PLEADINGS ABROAD FOR SERVICE

   Plaintiffs' Motion for Appointment of process server having been read and considered, and it appearing to the Court that such an appointment should be made,

   IT IS HEREBY ORDERED that EMILY LUSTENBERGER and agents of Ancillary Legal Corporation, are specially appointed, authorized, and directed to prepare and deliver the treaty transmittal documents necessary to accompany the Summons in a Civil Action, Complaint; Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Order Authorizing Service of Process Abroad Pursuant to the Hague Service Convention and other necessary documents and the translations of these documents for service on the Free State of Bavaria and the Bavarian State Painting Collections, in Germany to the appropriate Central Authority pursuant to the Hague Convention (*The Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters, 20 UST 362*).

SO ORDERED, this 22 day of January, 2026.

Dale E. Ho
United States District Judge