

**Joseph & Norinsberg**
FIGHTING FOR EMPLOYEE JUSTICE

| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
|---|---|---|
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

**John Meehan, Esq.**
**JMeehan@employeejustice.com**

April 17, 2026

<u>**Via ECF**</u>

Hon. Dale E. Ho
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> *Re:    Sandra Joseph et. al., v. Bavaria, et. al.,*
> *Case No: 25 Civ. 9455 (DEH)*

Your Honor:

I represent Plaintiffs in the above-captioned matter. Pursuant to the Court's March 19, 2026 Order, Plaintiffs submit this status update regarding service on Defendants.

Plaintiffs have transmitted the Hague service materials to the appropriate German Central Authority. As set forth in the **Affidavit of Magaly Cobian (Exhibit A)**, the service package was delivered via DHL on March 9, 2026 to the President of the Oberlandesgericht in Munich, Germany.

Service under the Hague Convention in Germany is a multi-step judicial process that typically requires approximately 18–26 weeks. Plaintiffs have not yet received proof of service, which is consistent with that timeframe.

Plaintiffs will continue to monitor the status and will promptly update the Court upon completion or any material developments, and will continue to abide by the Court's Order for monthly status updates.

I thank the Court for its consideration and continued patience during this process.

Respectfully,

John J. Meehan