

**Joseph & Norinsberg**
FIGHTING FOR EMPLOYEE JUSTICE

| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
|---|---|---|
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

John Meehan, Esq.
JMeehan@employeejustice.com

July 20, 2026

**Via ECF**
Hon. Dale E. Ho
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   *Sandra Joseph et. al., v. Bavaria, et. al.,*
> *Case No: 25 Civ. 9455 (DEH)*

Your Honor:

I represent Plaintiffs in the above-captioned matter. Pursuant to the Court's March 19, 2026 Order, Plaintiffs respectfully submit this status update regarding service on Defendants.

Plaintiffs' international process server has confirmed that the German Central Authority received and reviewed the Hague service request. The Central Authority advised that the request was submitted to the Bavarian State Ministry of Justice for further review and that no final determination has yet been made as to whether the request will be granted.

The Central Authority further advised that the competent representative of the Free State of Bavaria is the State Office for Finance—Augsburg Branch. Plaintiffs have consented to service being effected upon that authority should the request for judicial assistance be approved.

Plaintiffs are presently awaiting the German authorities' determination and will continue to monitor the request. Plaintiffs will promptly update the Court upon completion of service or any material development and will continue to comply with the Court's monthly reporting directive.

Respectfully,

John J. Meehan