Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

John Meehan, Esq.
JMeehan@employeejustice.com

August 24, 2026

**Via ECF**

Hon. Dale E. Ho
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

***Re: Sandra Joseph et. al., v. Bavaria, et. al.,***
***Case No: 25 Civ. 9455 (DEH)***

Your Honor:

I represent Plaintiffs in the above-captioned matter. Pursuant to the Court's March 19, 2026 Order, Plaintiffs respectfully submit this monthly status update regarding service on Defendants.

The status of service remains unchanged since Plaintiffs' last status report. Plaintiffs have not received any further updates from the German Central Authority regarding completion of service.

Plaintiffs will continue to monitor the status of service and will promptly advise the Court upon receipt of any material update or confirmation that service has been completed. Plaintiffs will continue to provide monthly status reports in accordance with the Court's Order.

Respectfully,

John J. Meehan