Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

John Meehan, Esq.
JMeehan@employeejustice.com

September 23, 2026

**Via ECF**

Hon. Dale E. Ho
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

***Re: Sandra Joseph et. al., v. Bavaria, et. al.,***
***Case No: 25 Civ. 9455 (DEH)***

Your Honor:

I represent Plaintiffs in the above-captioned matter. Pursuant to the Court's March 19, 2026 Order, Plaintiffs respectfully submit this monthly status update regarding service on Defendants.

Plaintiffs have been advised that the service request has reached the final step before service is effectuated. Once the German court attempts service, it will complete a certificate of service and return it to the Central Authority for processing, after which the certificate will be transmitted to Plaintiffs' process server. Plaintiffs have been advised that this final processing and return of the certificate may take approximately six to eight weeks.

Plaintiffs will continue to monitor the status of service and will promptly advise the Court upon receipt of any further update or confirmation that service has been completed.

Respectfully,

John J. Meehan